# JAMES H. DEANS
Attorney at Law
440 South 700 East - Suite #101
Salt Lake City, UT 84102
801 / 575-5005

05/14/04

§ Invoice Number 0203387

Civil No. 040908738 EV

P. O. No.

BRITTANY APARTMENTS
4652 SOUTH 700 EAST
MURRAY   UT   84107

RE: Amy Anastasion, 650 E. Brittany Dr. - #109

## STATEMENT OF SERVICES RENDERED

Fee: $200.00  Uncontested Eviction

COSTS ADVANCED FOR CLIENT:

| | |
|---|---|
| $50.00 | Filing Fee |
| $19.00 | Process Server's Fee |
| $58.00 | Sheriff's Fee |
| $7.50 | Copies postage misc |
| $334.50 | Total |
| | Less paid on account |
| $334.50 | Total Due This Statement |

***If there is a sheriff's fee listed, this will serve as YOUR notice that THE CASE HAS NOW PROCEEDED TO THE SHERIFF'S OFFICE. Call them at (801) 743-5779 between 8:00 & 9:00 a.m. weekdays to set up an appointment for a lock-out if tenant has not moved. If tenant has moved please advise us immediately.

§ - Please reference above invoice # on your payment

**PAYMENT DUE UPON RECEIPT OF THIS BILLING STATEMENT.**

Thank you. YOUR BUSINESS IS APPRECIATED AND WE HOPE TO SERVE YOU AGAIN.

DEANS 000012