George W. Burbidge II, # 6503
CHRISTENSEN & JENSEN, P.C.
15 West South Temple, Suite 800
Salt Lake City, Utah 84101-1572
Telephone: (801) 323-5000
Facsimile: (866) 562-7511
E-mail:george.burbidge@chrisjen.com

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| AMY ANASTASION, | **DEFENDANT CREDIT SERVICE OF LOGAN'S RULE 25(a)(3) PRETRIAL DISCLOSURES** |
|---|---|
| Plaintiff, | |
| v. | Civil No: 2:08cv00180 TS |
| CREDIT SERVICE OF LOGAN, INC. dba ALLIED COLLECTION SERVICE, BRITTANY APARTMENTS, L.L.C., DOES 1 through 10, | Judge Ted Stewart<br>Magistrate Judge Paul Warner |
| Defendants. | |

Defendant Credit Service of Logan, Inc., dba Allied Collection Service ("CSL"), by and through the undersigned counsel, and pursuant to Rule 25(a)(3) of the Federal Rules of Civil Procedure and the Amended Scheduling Order[1] for this case, hereby makes its pretrial disclosures as follows:

I.  <u>CSL expects to present the following witnesses at trial:</u>

   A. Teresa Maughan.

   B. Jennifer Utley.

   C. Plaintiff Amy Anastasion.

---

[1] Docket no. 27.

1

II. <u>CSL may call the following witnesses at trial if the need arises:</u>

   A. Tina Purintun.

   B. Scott Johnson

   CSL reserves the right to call any person designated as a witness by Plaintiff. CSL reserves the right to call, and may call, as a witness any person whose testimony may be needed to rebut evidence presented by Plaintiff at trial which cannot at this time be reasonably anticipated by CSL.

III. <u>Witnesses whose testimony CSL expects to present by deposition:</u>

   CSL reserves the right to present the deposition testimony of any witness who has been deposed in this action who does not appear at trial.

IV. <u>CSL expects to offer the following exhibits at trial:</u>

   A. Agreement for Collection Services (Depo. Ex. 11)

   B. List of assigned accounts dated 9/15/05 (Depo Ex. 13)

   C. Debtor information (Depo. Ex. 14)

   D. Printout of computer screens (Depo. Ex. 18)

   E. Note from Plaintiff (Depo. Ex. 32)

   F. Motion for satisfaction of judgment dated March 27, 2006 (Depo. Ex. 33)

   G. Motion for Satisfaction of Judgment dated March 27, 2006, with additional handwriting (Depo. Ex. 34)

   H. Motion and Order for Satisfaction of Judgment (Depo. Ex. 35)

   I. Documents submitted by Plaintiff with her motion for satisfaction of judgment (Depo. Ex. 36)

J. Check no. 1040 drawn on Scott David Johnson and Amy A. Anastasion's account at Firefighter's Credit Union.

K. Subpoena to produce documents served on Firefighters Credit Union and documents produced by Firefighters Credit Union in response to the subpoena.

L. Plaintiff's credit report from Experian dated 5/16/06 (Depo. Ex. 38)

M. Plaintiff's credit report from Experian dated 5/16/06 with handwriting (Depo. Ex. 39)

N. Plaintiff's credit report from Experian dated 6/28/06 (Depo. Ex. 40)

O. Plaintiff's credit report from TransUnion dated 5/16/06 (Depo. Ex. 41)

P. Plaintiff's credit report from Equifax dated 10/11/06 (Depo. Ex. 42)

Q. Plaintiff's credit report from TrueCredit dated 10/11/06 (Depo. Ex. 43)

R. Plaintiff's credit score from TrueCredit dated 10/11/06 (Depo. Ex. 44)

S. Plaintiff's credit report from Experian dated 10/10/06 (Depo. Ex. 45)

T. Installment Contract and Security Agreement dated 3/30/06 from Automatic Car Credit, Inc. (Depo. Ex. 47)

U. Letter dated 2/14/07 to Scot D. Johnson and Plaintiff from EquiFirst Corporation (Depo. Ex. 49)

V. Faxed documents from Southwest Mortgage and Loan, Inc., Bates stamped Anast 447-459 (Depo. Ex. 50)

W. Loan application, Bates stamped Anast 582-87 (Depo. Ex. 51)

X. Loan application, Bates stamped Anast 536-41 (Depo. Ex. 52)

Y. Cover letter with Truth-In-Lending Statement from National City Mortgage dated 3/6/07 (Depo. Ex. 53)

    Z.  Credit request responses, Bates stamped Anast 512-16 (Depo. Ex. 54)

    AA.       Letter to Scott D. Johnson and Amy A. Johnson dated 3/15/07 (Depo. Ex.55)

    BB.       Appraisal dated 3/5/07 (Depo. Ex. 56)

    CC.       Settlement Statement dated 3/23/07 (Depo. Ex. 57)

    DD.       Adjustable Rate Note (Depo. Ex. 58)

    EE.       Loan application dated 3/26/07 (Depo. Ex. 59)

    FF.       Letter from National City Bank to Scott D. Johnson dated 3/6/07 (Depo. Ex. 60)

    GG.       Special Warranty Deed dated 3/26/07 (Depo. Ex. 61)

    HH.       Credit Score Disclosure dated 3/11/07 (Depo. Ex. 63)

V.    <u>CSL may offer as exhibits at trial, if the need arises:</u>

    A.  Summons (Depo. Ex. 1)

    B.  Complaint for Eviction (Depo. Ex. 2)

    C.  Default Judgment (Depo. Ex. 3)

    D.  Brittany Apartments Rental Agreement (Depo. Ex. 15)

    E.  Brittany Apartments Deposit Disposition (Depo. Ex. 16)

    F.  Rental Application (Depo. Ex. 17)

    G.  Letter dated July 26, 2007 (Depo. Ex. 21)

    H.  Letter from Plaintiff to the CRAs dated March 9, 2007 (Depo. Ex. 27)

    I.  Letter from Plaintiff to the CRAs (Depo. Ex. 28)

    J.  Letter from Plaintiff to the CRAs dated September 28, 2007 (Depo. Ex. 29)

    K.  Email between Teresa Maughan and Shannon Robinson (Depo. Ex. 30)

    L.  Email between Teresa Maughan and Lila Mumolo (Depo. Ex. 31)

M. Plaintiff's responses to requests for admissions

N. Plaintiff's responses to interrogatories

DATED this  3rd  day of December, 2010.

                                                CHRISTENSEN & JENSEN, P.C.

                                                  /s/ George W. Burbidge II
                                                George W. Burbidge II
                                                *Attorneys for Defendant Credit Service of*
                                                *Logan, Inc. dba Allied Collection Service*

## CERTIFICATE OF SERVICE

I certify that on the date hereof I caused a true copy of the foregoing and this **DEFENDANT CREDIT SERVICE OF LOGAN'S RULE 25(a)(3) PRETRIAL DISCLOSURES** to be served via CM/ECF upon the following:

>Ronald W. Ady
>8 East Broadway, #710
>Salt Lake City, UT 84111

>DATED this  3rd  day of December, 2010.

>>CHRISTENSEN & JENSEN, P.C.


>>  /s/ George W. Burbidge II
>>George W. Burbidge II
>>*Attorneys for Defendant Credit Service of Logan, Inc. dba Allied Collection Service*