RONALD ADY, PLLC (USB 3694)
8 E. Broadway, Ste. 725
Salt Lake City, UT 84111
(801) 530-3122
(801) 746-3501 fax

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| AMY ANASTASION, <br><br> Plaintiff, <br><br> v. <br><br> CREDIT SERVICE OF LOGAN, INC. dba ALLIED COLLECTION SERVICE, BRITTANY APARTMENTS, L.L.C., DOES 1 through 10. <br><br> Defendants. | **PLAINTIFF'S PRE-TRIAL DISCLOSURES** <br><br><br> **Case No. 08-000180** <br><br> **Judge** Ted Stewart <br><br> **Magistrate Judge** Paul Warner |

Plaintiff Amy Anastasion, pursuant to Fed. R. Civ. P. 26(a)(3), makes the

following pretrial disclosures:


1.      Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(i), Plaintiff expects to call the following

witnesses to testify live at the time of trial:


      i.      Teresa Maughn c/o counsel for the Defendant

      ii.     Amy Anastasion c/o counsel for the Plaintiff

iii.     Scott Johnson, 6016 W. 7575 S., West Jordan UT 84084, 801-557-8949

iv.     Jennifer Sorenson, 5847 W 13100 S, Herriman, UT 84096  Cell: 801-347-

1714

2.     Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(i), Plaintiff may call the following

witnesses live at the time of trial if the need arises:

1. Jill Wieck 132 E Point Dr. #8108, Draper, UT 84020  Cell: 801-633-1992.

2. Nancy McFadden 5533 S 3295 W, Taylorsville, UT 84118  Cell: 801-979-9284

3.     Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(ii), Plaintiff may call the following

witnesses by deposition, depending upon their availability:

i.  Jennifer Utley, 5443 West Sierra Rose Dr., Herriman UT 84096, 801-254-6200

2.  Elizabeth Wilson, c/o Laura Rang, Schuckit & Associates, P.C., 4545

Northwestern Drive, Zionsville, Indiana 46077

3. Marvin Clark, 2869 Heritage Oaks Circle, Dacula, Georgia 30019

4. David Vaughn, 112 Tanglewood Trace, Jacksonville, Fla. 32259

4.     Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii), Plaintiff intends to offer the following

exhibits at the time of trial:

See list of Plaintiff's exhibits, attached as Exhibit A. Plaintiff has attempted to provide a

description of each document. However, such description should not be used or interpreted to limit Plaintiff's intended offer of the entire document identified by the first column.

See list of Plaintiff's exhibits which she may introduce into evidence, attached as Exhibit B. Plaintiff has attempted to provide a description of each document. However, such description should not be used or interpreted to limit Plaintiff's intended offer of the entire document identified by the first column.

DATED this 20th day of December, 2010.

_____/S/_____
RONALD ADY

CERTIFICATE OF SERVICE

I certify that on the 20th day of December, 2010 I caused a true copy of Plaintiff's Response to the Defendant CSL's Interrogatories, to be served upon the Defendants in the within action by that document being transmitted by E-mail to:


George Burbidge II george.burbidge@chrisjen.com



_____ /S/ _____

RONALD ADY
