# ANASTASION v. CREDIT SERVICE OF LOGAN, INC.  1
## EXHIBITS

| # | Bates Stamp | Date | Description |
|---|---|---|---|
| A | CSL0082 | March 3, 1997 | Agreement for Collection Services |
| B | CSL0001 | Sept. 15, 2005 | Accounts Assigned for Collection |
| C | CSL0010-0014 | Sept. 9, 2008 | Allied Collection Service Notes |
| D | CSL0003-0007 | Jan. 29, 2004 | Brittany Apartments Lease Agreement |
| E | CSL0008-0009 | Jan. 15, 2003 | Rental Application |
| F | CSL0002 | June 10, 2004 | Deposit Disposition Report |
| G | Anast 30-31 | May 27, 2004 | Eviction Summons and Complaint |
| H | Deans000012 | May 14, 2004 | Deans Statement of Services Rendered |
| I | Deans000014-000016 | May 14, 2004 | Default Judgment |
| J |  | June 2004 | Cashier's check for $1,200.00 to Brittany Apts. |
| K | Anast13 | March 1, 2006 | Check for $542.12 |
| L | CSL00043-00045 | Sept. 14, 2005 – July 29, 2007 | Computer screens |
| M | Anast 87 | March 16, 2006 | ACS letter acknowledging payment and demanding further payment |
| N | Anast 88 | May 4, 2006 & May 8, 2006 | Letter demanding payment on second account and Plaintiff's response disputing debt |
| O | Anast 320 | July 26, 2007 | ACS letter stating it will continue to report the account on Plaintiff's credit unless she pays |
| P | CSL00017 | April 21, 2007 | Plaintiff's Motion and Order for Satisfaction of Judgment |
| Q | Brit000063 | September 21, 2006 | Letter to Brittany Apartments re: stop payment |
| R | Brit00057 | March 21, 2007 | Fax Cover Sheet from CSL advising it has the original check |
| S | Brit00058 | Oct. 22, 2007 | Fax Cover Sheet from CSL |
| T | CSL00015-00016 | March 9, 2007 | dispute letter |

| #  | Bates Stamp   | Date           | Description                                  |
|----|---------------|----------------|----------------------------------------------|
| U  | CSL0020-0022  | July 17, 2007  | dispute letter                               |
| V  | CSL0024-0025  | Sept. 28, 2007 | dispute letter                               |
| W  | TU unstamped  | May 16, 2006   | Online dispute of Allied Collections account |
| X  | TU unstamped  | June 27, 2006  | ACDV response by Allied Collections          |
| Y  | TU unstamped  | Oct. 5, 2006   | ACDV response by Allied Collections          |
| Z  | TU unstamped  | April 3, 2007  | ACDV response by Allied Collections $1554    |
| AA | TU unstamped  | April 3, 2007  | ACDV response by Allied Collections $511     |
| BB | TU unstamped  | Sept. 14 2006  | Telephone dispute record                     |
| CC | Exp. 000124   | April 2, 2007  | ACDV response by Allied Collections $511     |
| DD | CSL0040       | Sept. 9, 2008  | CSL email to TU                              |
| EE | CSL0041       | Sept. 9, 2008  | CSL email to Experian                        |