| # | Bates Stamp | Date | Description |
|---|---|---|---|
| A | Deans00005-00007 | March 23, 2006 - April 10, 2006 | Fax cover sheet and documents re: Satisfaction of Judgment |
| B | TU unstamped | June 27, 2006 | Investigation Results Letter |
| C | TU unstamped | June 27, 2006 | TU Credit Report |
| D | TU unstamped | May 16, 2006 | TU Credit Report |
| E | TU unstamped | May 23, 2006 – June 8, 2006 | Nine third-party ACDV disputes |
| F | TU unstamped | March 9, 2007 | two page dispute letter and two pages of encl. |
| G | TU unstamped | July 17, 2007 | two page dispute letter and two pages of encl. |
| H | TU unstamped | Oct. 25, 2007 | two page dispute letter and two pages of encl. |
| I | TU unstamped | July 19, 2006 | ACDV dispute line item-tradeline record |
| J | TU unstamped | Oct. 05, 2006 | TU credit report |
| K | TU unstamped | Oct. 5, 2006 | Investigation results letter |
| L | TU unstamped | April 3, 2007 | TU credit report |
| M | TU unstamped | April 3, 2007 | investigation results letter |
| N | TU unstamped | Aug. 16, 2007 | investigation results letter |
| O | TU unstamped | Aug. 16, 2007 | TU credit report |
| P | TU unstamped | Oct. 26, 2007 | TU credit report |
| Q | TU unstamped | April 23, 2003 | Data Furnisher Agreement |
| R | AT&T unstamped | 08/26/2010 | Exhibit 2 to the Deposition of Marvin Clark (telephone bills from Sept. 21, 2005 to Jan. 22, 2006) |
| S | AT&T unstamped | 08/26/2010 | Exhibit 3 to the Deposition of Marvin Clark (telephone bills from Jan. 21, 2006 to Sept. 20, 2008) |
| T | | Jan. 21, 2006 – Oct. 21. 2006 | Cingular Wireless Bills for 801-201-6771 |
| U | OLDE 0001-0044 | July 1, 2004 – June 2009 | E-Oscar Records from OLDE |

| # | Bates Stamp | Date | Description |
|---|---|---|---|
| V | OLDE unstamped | Aug. 25, 2010 | E-Oscar Terms of Use |
| W | Anast. 270-271 | Oct. 3, 2006 – Oct. 9, 2006 | photographs of Plaintiff's caller i.d. |
| X | Anast. 149-166 | May 16, 2006 | Experian credit report |
| Y | Anast. 144-148 | May 16, 2006 | Experian online dispute |
| Z | Anast. 207-209 | June 28, 2006 | Experian online investigation results |
| A1 | Anast. 239-247 | May 16, 2006 | TU credit report |
| B1 | Anast. 251-269 | Oct. 11, 2006 | Equifax credit report showing credit score 685 |
| C1 | Anast. 310-315 | Oct. 11, 2006 | TrueCredit credit report |
| D1 | Anast. 308-309 | Oct. 11, 2006 | TrueCredit credit report showing TU score 615 |
| E1 | Anast. 272-286 | Oct. 10, 2006 | Experian credit report |
| F1 | Anast. | Undated | Schedule of credit disputes/ cert. mailing |
| G1 | Anast. 84 | March 31, 2006 | RICS |
| H1 | Anast. 85 | July 16, 2007 | FFCU Disclosure Statement |
| I1 | Anast. 86 | Jan. 12, 2006 | FFCU Adverse Action Notice |
| J1 | Anast. 582-587 | | Mortgage Application 8.325% |
| K1 | Anast. 447-459 | Feb. 27, 2007 | Southwest Mortgage App. docs |
| L1 | Anast. 528 | Feb. 14, 2007 | Credit Scores |
| M1 | Anast. 536-541 | | Second Mortgage Application 11.90% |
| N1 | Anast. 517-520 | March 23, 2007 | HUD Closing Statement |
| O1 | Anast. 460-465 | March 23, 2007 | ARM Note to WF for 8.9% |
| P1 | Anast. 615-623 | March 26, 2007 | Mortgage App. to WF |
| Q1 | Anast. 512 | March 15, 2007 | WF credit score disclosures Exp. 640 TU 645 |
| R1 | | Jan. 4, 2009 | Pl. Resp. CSL Interrogatories |
| S1 | | Feb. 27, 2010 | Pl. Resp. Brit. Interrogatories |
| T1 | Anast. 553-554 | March 6, 2007 | Nat'l City Mortgage GFE 7.625% |

| #  | Bates Stamp   | Date                            | Description                                                              |
|----|---------------|---------------------------------|--------------------------------------------------------------------------|
| U1 | Anast. 316-319| March 11, 2007                  | Nat'l City, First Am. Credco Credit Score Disclosures                    |
| V1 |               | Feb. 14, 2007                   | Equifirst TILA Disclosure 10.266%                                        |
| X1 |               | Feb. 14, 2007                   | Equifirst TILA Disclosure (2nd) 12.020%                             |
| Y1 |               |                                 | Defendant's Response to the Plaintiff's Request for Production of Documents |
| Z1 |               |                                 | Defendant's Answer to Plaintiff's Interrogatories                        |
| A2 |               | April 11, 2009                  | TrueCredit Report and Scores                                             |
| B2 |               | Feb. 28, 2008                   | TU credit report                                                         |
| C2 |               | Oct. 26, 2007                   | TU credit report                                                         |
| D2 | Anast625-626  | March 12, 2007 – July 17, 2007  | Certified Mail Receipts                                                  |
| E2 |               | Apr. 8, 2006–July 19, 2007      | cert. mail cards and receipts                                            |
| F2 |               | Oct. 18, 2007 – Oct. 25, 2007   | cert. mail cards and receipts                                            |
| G2 |               | July 27, 2007                   | Experian credit report                                                   |
| H2 |               | April 3, 2007                   | Experian credit report                                                   |
| I2 |               | Oct. 31, 2007                   | Experian credit report                                                   |
| J2 |               | May 17, 2006                    | Experian credit report                                                   |
| K2 |               | March 3, 2008                   | Equifax credit report                                                    |
| L2 |               | July 30, 2007                   | Equifax credit report                                                    |
| M2 |               | March 30, 2007                  | Equifax credit report                                                    |
| N2 |               | June 27, 2006                   | Equifax credit report                                                    |
| O2 |               | July 9, 2004                    | Equifax credit report                                                    |
| P2 |               | May 6, 2004                     | Letter to Brittany Apartments from Plaintiff                             |
| Q2 | Br0014        | April 28, 2004                  | Status of Eviction Report                                                |
|    |               |                                 |                                                                          |