IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| AMY ANASTASION,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT SERVICE OF LOGAN, INC. dba ALLIED COLLECTION SERVICE, BRITTANY APARTMENTS, L.L.C., and DOES 1-10,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE REFERENCING ATTORNEY'S FEES<br><br>Case No. 2:08-CV-180 TS |

This matter is before the Court on Plaintiff's Motion in Limine to Exclude Evidence Referencing Attorney's Fees.[1] For the reasons set forth below, the Court will grant Plaintiff's Motion.

Plaintiff filed the present Motion on October 11, 2011. In her Motion, Plaintiff requests that the Court order that "Defendant, its witnesses, and attorneys shall not reference, suggest, or mention, within the hearing of the jury, the availability of an award of attorney's fees to Plaintiff

---

[1]Docket No. 194.

1

Amy Anastasion should she succeed in this litigation." The issue of attorney's fees will not be before the jury in the present litigation.

It is therefore

ORDERED that Plaintiff's Motion in Limine to Exclude Evidence Referencing Attorney's Fees (Docket No. 194) is GRANTED.

DATED   October 17, 2011.

BY THE COURT:

_____
TED STEWART
United States District Judge